# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/26/16 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  GABRIEL HAROLD MARTIRE
CARLA MARIE MARTIRE
        Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
          vs.
  GABRIEL HAROLD MARTIRE
CARLA MARIE MARTIRE

        Respondents

Case No.11-24610TPA

Chapter 13

Document No._____58_____

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this _____26th_____ day of _____August_____ , 20_16_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cigna
Attn: Garnishment Unit
1601 Chestnut St Tl42G
Philadelphia,PA 19192

is hereby ordered to immediately terminate the attachment of the wages of CARLA MARIE MARTIRE, social security number XXX-XX-2777.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CARLA MARIE MARTIRE.


FURTHER ORDERED:


BY THE COURT:

_____

**ljm**

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 11-24610-TPA
Gabriel Harold Martire                                                          Chapter 13
Carla Marie Martire
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1              Date Rcvd: Aug 26, 2016
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db/jdb          +Gabriel Harold Martire,   Carla Marie Martire,    109 Elmhurst Dr.,
                 Moon Township, PA 15108-9022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Aldridge Connors, LLP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    PennyMac Loan Services, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    KeyBank, N.A. kebeck@weltman.com,   jbluemle@weltman.com
              Laura M. McCurdy    on behalf of Creditor    Moon Area School District lmccurdy@wbklegal.com
              Max C. Feldman    on behalf of Joint Debtor Carla Marie Martire mcfeldman@verizon.net
              Max C. Feldman    on behalf of Debtor Gabriel Harold Martire mcfeldman@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                           TOTAL: 9