**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 11-24610-TPA |
| | ) | |
| Gabriel Harold Martire and | ) | |
| Carla Marie Martire | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| | ) | Related to Documents Nos. |
| Gabriel Harold Martire and | ) | |
| Carla Marie Martire | ) | |
| | ) | Hearing Date: November 8, 2016 |
| Movants, | ) | @ 12:00 pm |
| vs. | ) | |
| | ) | |
| Rhonda Winnecour, Esquire | ) | |
| Chapter 13 Trustee | ) | |
| | ) | |
| Respondent. | ) | |

**<u>CERTIFICATION THAT THE DEBTORS ARE ELIGIBLE FOR DISCHARGE
PURSUANT TO 11 U.S.C. § 1328</u>**

And now, comes the Debtors, Gabriel Harold Martire and Carla Marie Martire, by their attorney, Max Feldman, and hereby certify under penalty of perjury as follows:

1. We, Gabriel Harold Martire and Carla Marie Martire, hereby certify under penalty of perjury that we are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code;

2. We further specifically certify under penalty of perjury that we are not now nor have we ever been obligated to pay a domestic support obligation;

3. We further specifically certify under penalty of perjury that we did not obtain a prior discharge in bankruptcy within the time frames specified in 11 U.S.C. § 1328 (f)(1) or (2);

4. We further certify under penalty of perjury that we completed the required course on Financial Management on September 8, 2011, and that the certificates of our completion of the course on Financial Management were filed with this Honorable Court on October 10, 2011, at docket entries 20 and 21, the aforesaid being in compliance with 11 U.S.C. §1328(h) does not render us ineligible for a discharge;

5. We further certify under penalty of perjury that section 522 (q) does not apply to us, that we have not been convicted of a felony nor do we owe any debt within the meaning of section 522 (q) and that 11 U.S.C. §1328 (h) does not render us ineligible for a discharge.

We hereby verify under penalty of perjury that the statements contained in this certification are true and correct to the best of our knowledge, information and belief.

| | |
|---|---|
| 9-4-2016 | /s/ Gabriel Harold Martire |
| Date | Gabriel Harold Martire |
| | |
| 9-4-2016 | /s/ Carla Marie Martire |
| Date | Carla Marie Martire |

By:    /s/ Max Feldman
Max Feldman, Esquire
1322 Fifth Avenue
Coraopolis, PA  15108
412-262-6181
PA. I.D. 56429
mcfeldman@verizon.net