PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.11-24610 |
| Gabriel Harold Martire and<br>Carla Marie Martire | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Gabriel Harold Martire and<br>Carla Marie Martire | | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION THAT THE DEBTORS ARE ELIGIBLE FOR DISCHARGE PURSUANT TO 11 U.S.C. § 1328**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 8, 2016.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

EXECUTED ON:  9-8-16

                                      By:    /s/ Max Feldman
                                                  Max Feldman, Esquire
                                                  1322 Fifth Avenue
                                                  Coraopolis, PA  15108
                                                  412-262-6181
                                                  PA. I.D. 56429
                                                  mcfeldman@verizon.net