IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 11-24610-TPA |
| | : | |
| Gabriel Harold Martire and | : | |
| Carla Marie Martire | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Hearing Date: November 8, 2016 @ 12:00 pm |
| Gabriel Harold Martire and | | |
| Carla Marie Martire | | |
| Movants | : | |
| | : | |
| v. | : | |
| Ronda Winnecour, Esquire | : | |
| Respondent | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors has made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 10, 2011, at docket number 20 and 21, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

5. This Certification is being signed under penalty of perjury by undersigned counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: 9-8-2016          By:     /s/ Max Feldman
                                 Max Feldman, Esquire
                                 1322 Fifth Avenue
                                 Coraopolis, PA  15108
                                 mcfeldman@verizon.net
                                 412-262-6181
                                 PA I.D. 56429

**PAWB Local Form 24 (07/13)**