**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

GABRIEL HAROLD MARTIRE
CARLA MARIE MARTIRE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:11-24610 TPA

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/22/2011 and confirmed on 08/31/2011. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 206,936.00 |
| Less Refunds to Debtor | 1,100.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 205,836.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,900.00 | |
|   Trustee Fee | 6,938.27 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,838.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6616 | | | | |
| CITIZENS AUTO FINANCE** | 12,252.92 | 12,252.92 | 1,102.93 | 13,355.85 |
|   Acct: 7928 | | | | |
| CITIZENS AUTO FINANCE** | 5,087.65 | 5,087.65 | 843.92 | 5,931.57 |
|   Acct: 5085 | | | | |
| KEYBANK NA(*)    [REAL ESTATE] | 0.00 | 15,159.11 | 0.00 | 15,159.11 |
|   Acct: 4293 | | | | |
| NATIONSTAR MORTGAGE LLC* | 0.00 | 148,733.86 | 0.00 | 148,733.86 |
|   Acct: 6616 | | | | |
| | | | | 183,180.39 |
| **Priority** | | | | |
| MAX C FELDMAN ESQ | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GABRIEL HAROLD MARTIRE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GABRIEL HAROLD MARTIRE | 1,100.00 | 1,100.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 11-24610 TPA | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY(*)<br>Acct: 5003 | 217.00 | 12.27 | 0.00 | 12.27 |
| AMERICAN EDUCATION SERVICES/PA<br>Acct: XXXXXXXXXXXX0009 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/PA<br>Acct: XXXXXXXXXXXX0003 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/PA<br>Acct: XXXXXXXXXXXX0006 | 0.00 | 0.00 | 0.00 | 0.00 |
| PYOD LLC<br>Acct: 4471 | 49,968.87 | 2,825.78 | 0.00 | 2,825.78 |
| CANDICA LLC<br>Acct: 7579 | 17,219.99 | 973.80 | 0.00 | 973.80 |
| CAPITAL ONE(*)<br>Acct: XXXXXXXXX8293 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA NA<br>Acct: 4687 | 3,084.12 | 174.41 | 0.00 | 174.41 |
| CLEARVIEW FCU**<br>Acct: XXXXXX9410 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER PERSONAL LOANS**<br>Acct: 7845 | 21,679.81 | 1,226.01 | 0.00 | 1,226.01 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 0385 | 3,533.28 | 199.81 | 0.00 | 199.81 |
| GEMB<br>Acct: XXXXXXXXXXX4930 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS I LLC<br>Acct: 9146 | 856.67 | 48.44 | 0.00 | 48.44 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 3437 | 1,191.69 | 67.39 | 0.00 | 67.39 |
| CAPITAL ONE NA**<br>Acct: 8440 | 1,259.70 | 71.24 | 0.00 | 71.24 |
| SEARS/CITI CARD USA*++<br>Acct: XXXXXXXXXXX9218 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSAMERICA BANK++<br>Acct: XXXXXXXX2294 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLEARVIEW FCU**<br>Acct: 94/G | 14,286.99 | 807.94 | 0.00 | 807.94 |
| WELLS FARGO<br>Acct: XXXXXXXXXXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL COLLEGIATE TRUST<br>Acct: XXXXX2777 | 83,478.25 | 4,720.76 | 0.00 | 4,720.76 |
| US DEPARTMENT OF EDUCATION<br>Acct: 2777 | 47,558.90 | 2,689.49 | 0.00 | 2,689.49 |
| LAURA M MCCURDY ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 13,817.34 |

TOTAL PAID TO CREDITORS                                                                                                        196,997.73

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 17,340.57 |
| UNSECURED | 244.335.27 |

Date: 10/13/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com