Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | GABRIEL HAROLD MARTIRE |
| Debtor 2 (Spouse, if filing) | CARLA MARIE MARTIRE |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 11-24610TPA |

# Form 4100N
# Notice of Final Cure Payment                                    10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** NATIONSTAR MORTGAGE LLC*

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 6 6 1 6

**Property Address:** 109 ELMHURST DR
MOON TWP PA 15108

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                                                  **Amount**

a. Allowed prepetition arrearage:                                                                      (a) $        0.00
b. Prepetition arrearage paid by the trustee:                                                          (b) $        0.00
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c):     (c) $        0.00
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee:     (d) $        0.00
e. Allowed postpetition arrearage:                                                                     (e) $        0.00
f. Postpetition arrearage paid by the trustee:                                                      + (f) $        0.00
g. **Total.** Add lines b, d, and f.                                                                   (g) $        0.00

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                                                       $    $2,438.26

The next postpetition payment is due on   9 / 1 / 2016
                                         MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **GABRIEL HAROLD MARTIRE** | Case number *(if known)* | **11-24610TPA** |
|---|---|---|---|
| | Name | | |

### Part 4:  A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour
Signature

Date  10/18/2016

Trustee     Ronda J. Winnecour

Address     CHAPTER 13 TRUSTEE WD PA
            600 GRANT STREET
            SUITE 3250 US STEEL TWR
            PITTSBURGH, PA  15219

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | GABRIEL HAROLD MARTIRE | Case number (if known) | 11-24610TPA |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 09/23/2011 | 0762570 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 4,837.38 |
| 10/26/2011 | 0766757 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 2,412.48 |
| 11/29/2011 | 0770771 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 2,412.20 |
| 12/27/2011 | 0775386 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 1,631.67 |
| 01/27/2012 | 0779497 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 2,411.62 |
| 02/24/2012 | 0783635 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 2,340.44 |
| 03/27/2012 | 0787829 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 3,262.16 |
| 04/24/2012 | 0792051 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 780.17 |
| 05/29/2012 | 0796462 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 3,282.04 |
| 06/27/2012 | 0800845 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 1,569.66 |
| 07/27/2012 | 0805093 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 3,281.57 |
| 08/30/2012 | 0809422 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 3,210.39 |
| 09/25/2012 | 0813411 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 784.91 |
| 10/29/2012 | 0817523 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 3,264.94 |
| 11/27/2012 | 0821580 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 1,561.51 |
| 12/21/2012 | 0825688 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 2,412.94 |
| 01/29/2013 | 0829936 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 4,044.86 |
| 02/25/2013 | 0834081 | PENNYMAC LOAN SERVICES | AMOUNTS DISBURSED TO CREDITOR | 780.78 |
| 02/28/2013 | 0829936 | PENNYMAC LOAN SERVICES | CANCELLED CHECK TO CREDITOR/CONT | -4,044.86 |
| 02/28/2013 | 0825688 | PENNYMAC LOAN SERVICES | CANCELLED CHECK TO CREDITOR/CONT | -2,412.94 |
| 02/28/2013 | 0821580 | PENNYMAC LOAN SERVICES | CANCELLED CHECK TO CREDITOR/CONT | -1,561.51 |
| 03/14/2013 | 0834081 | PENNYMAC LOAN SERVICES | CANCELLED CHECK TO CREDITOR/CONT | -780.78 |
| 03/26/2013 | 0836049 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 10,416.09 |
| 04/24/2013 | 0840132 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 2,690.40 |
| 05/23/2013 | 0844294 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 2,593.66 |
| 06/25/2013 | 0848395 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 2,530.76 |
| 07/25/2013 | 0852600 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 4,174.07 |
| 08/27/2013 | 0856777 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 2,455.73 |
| 09/26/2013 | 0860946 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 788.46 |
| 10/25/2013 | 0865059 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 3,265.30 |
| 11/22/2013 | 0869146 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 1,557.81 |
| 12/23/2013 | 0873154 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 2,427.02 |
| 01/28/2014 | 0877183 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 4,245.05 |
| 02/25/2014 | 0881360 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 852.23 |
| 03/25/2014 | 0885385 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 1,812.78 |
| 04/25/2014 | 0889440 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 4,539.58 |
| 05/28/2014 | 0893583 | AMERICAN GENERAL MORTGAGE LOAN T | AMOUNTS DISBURSED TO CREDITOR | 1,769.95 |
| 06/25/2014 | 0899615 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 3,719.53 |
| 07/24/2014 | 0903725 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 3,653.26 |
| 08/26/2014 | 0907792 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 895.55 |
| 09/29/2014 | 0911915 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 3,778.06 |
| 10/29/2014 | 0915930 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,810.79 |
| 11/24/2014 | 0920057 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,872.91 |
| 12/22/2014 | 0924648 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,935.50 |
| 01/27/2015 | 0928727 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,960.88 |
| 02/24/2015 | 0932768 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,969.46 |
| 03/26/2015 | 0936854 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,525.24 |
| 04/24/2015 | 0941035 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 05/26/2015 | 0945123 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 06/23/2015 | 0949080 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 07/28/2015 | 0953141 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 08/26/2015 | 0957171 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 09/28/2015 | 0961085 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 10/26/2015 | 0965051 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 11/24/2015 | 0969222 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 12/22/2015 | 0973236 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 01/26/2016 | 0977284 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 02/24/2016 | 0981213 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 03/28/2016 | 0985267 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 04/22/2016 | 0989456 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 05/24/2016 | 0993415 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 06/27/2016 | 1002175 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |
| 07/26/2016 | 1006142 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,438.26 |

Debtor 1  **GABRIEL HAROLD MARTIRE**                                   Case number *(if known)* **11-24610TPA**
          Name

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
|  |  |  |  | 148,733.86 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

GABRIEL HAROLD MARTIRE
CARLA MARIE MARTIRE
109 ELMHURST DR.
MOON TOWNSHIP, PA  15108

MAX C FELDMAN ESQ
1322 5TH AVE
CORAOPOLIS, PA  15108

NATIONSTAR MORTGAGE LLC*
PO BOX 619094
DALLAS, TX  75261-9741

ALDRIDGE CONNORS LLP
ATTN: BANKRUPTCY DEPARTMENT
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT RD NE STE 500
ATLANTA, GA  30305

ANDREW F GORNALL ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


10/18/16                                                                /s/ Renee Ward
                                                                        _____
                                                                        Administrative Assistant
                                                                        Office of the Chapter 13 Trustee