| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Gabriel Harold Martire** | Social Security number or ITIN  **xxx–xx–9581** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carla Marie Martire** | Social Security number or ITIN  **xxx–xx–2777** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **11–24610–TPA** | | |

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gabriel Harold Martire                Carla Marie Martire

10/21/16                    **By the court:**    Thomas P. Agresti
                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 11-24610-TPA
Gabriel Harold Martire                                              Chapter 13
Carla Marie Martire
     Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: amaz                  Page 1 of 3                  Date Rcvd: Oct 21, 2016
                               Form ID: 3180W              Total Noticed: 72
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
```
db/jdb         +Gabriel Harold Martire,   Carla Marie Martire,    109 Elmhurst Dr.,
                 Moon Township, PA 15108-9022
cr             +Moon Area School District,    c/o The Law Offices of Ira Weiss,    445 Fort Pitt Boulevard,
                 Suite 503,   Pittsburgh, PA 15219-1308
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC.,     PO Box 630267,   Irving, TX  75063)
cr             +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    780 Johnson Ferry Rd. NE,
                 Suite 600,   Atlanta, GA 30342-1439
13131753       +AES/NCT,   PO Box 2461,   Harrisburg, PA 17105-2461
13228347       +AMERICAN GENERAL MORTGAGE LOAN TRUST 2009-1,    C/O PennyMac Loan Services, LLC,
                 6101 Condor Drive, Ste. 200,    Moorpark, CA 93021-2602
13131755       +American Education Servs/Nct.,    1200 N. 7th St.,    Harrisburg, PA 17102-1419
13131756       +American Education Sves/Nct,    1200 N. 7th St.,    Harrisburgh, PA 17102-1419
13131759       +Apex Financial Management, LLC,    1120 W Lake Cook Road, Suite A,
                 Buffalo Grove, IL 60089-1970
13131799       +CAPITAL ONE NA,   c/o Creditors Bankruptcy Service,     P.O. Box 740933,   Dallas TX 75374-0933
13137398       +Citizens Auto Finance,    480 Jefferson Blvd,    RJE 135,   Warwick RI 02886-1359
13131773        Citizens Auto Finance,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
13131775       +Citizens Automobile Finance,    PO Box 42002,    Providence, RI 02940-2002
13131776        Citizens Automobile Finance, Inc,    PO Box 42113,    Providence, RI 02940-2113
13131778        Clearview,   PO Box 96099,   Charlotte, NC 28296-0099
13131780        Clearview Federal C U,    1453 Beers School Rd,    Coraopolis, PA 15108-2509
13131752       +Courtney Martire,    1844 Younger Avenue,    Pittsburgh, PA 15216-2941
13230160        Duquesne Light Company,    c/o Peter Ashcroft, Esq.,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
13238177        FedLoan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
13232703       +First Marblehead Corporation Authorized agent for:,     National Collegiate Trust,
                 One Cabot Road,   Medford, MA 02155-5117
13232702       +First Marblehead Corporation Authorized agent for:,     National Collegiate Trust,
                 c/o Total Debt Management,    PO Box 2402,   Columbus, GA 31902-2402
13131791       +J.C. Penny,   PO Box 53945,   Atlanta, GA 30353-0945
13131801       +Patenaude & Felix, A.P.C.,    213 East Main Street,    Carnegie, PA 15106-2701
13131802        Penny Mac,   PO Box 514387,   Los Angeles, CA 90051-4387
13131803       +Penny Mac Loan Service,    PO Box 535301,   Atlanta, GA 30353-5301
13131804       +Private National Mortgage,    27001 Agoura Rd.,    Suite 350,   Calabasas, CA 91301-5112
13131807       +Transamerica Bank,   PO Box 130,    Crystal Lake, IL 60039-0130
13131808       +Visa - Clearview,   Customer Service,    PO Box 31112,    Tampa, FL 33631-3112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2016 01:59:26     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13131760        EDI: BANKAMER.COM Oct 22 2016 01:43:00     Bank of America,    PO Box 982235,
                 El Paso, TX 79998-2235
13136609        EDI: BANKAMER2.COM Oct 22 2016 01:43:00     FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
13131762        EDI: BANKAMER.COM Oct 22 2016 01:43:00     Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
13131763        EDI: BASSASSOC.COM Oct 22 2016 01:43:00     Bass and Associates,
                 3936 E Fort Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
13131764        EDI: CHASE.COM Oct 22 2016 01:43:00     Best Buy,    PO Box 15153,   Wlimington, DE 19886-5153
13163603       +EDI: OPHSUBSID.COM Oct 22 2016 01:43:00     CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13196257        EDI: RESURGENT.COM Oct 22 2016 01:43:00     CR Evergreen II, LLC,    MS 550,   PO Box 91121,
                 Seattle, WA 98111-9221
13131768       +EDI: CAPITALONE.COM Oct 22 2016 01:43:00     Capital One,    PO Box 85167,
                 Richmond, VA 23285-5167
13131767        EDI: CAPITALONE.COM Oct 22 2016 01:43:00     Capital One,    PO Box 30281,
                 Salt Lake City, UT  84130-0281
13131765       +EDI: CAPITALONE.COM Oct 22 2016 01:43:00     Capital One,    PO Box 30273,
                 Salt Lake City, UT 84130-0273
13131769        EDI: CAPITALONE.COM Oct 22 2016 01:43:00     Capital One,    PO Box 105474,
                 Atlanta GA 30348-5474
13131766       +EDI: AIS.COM Oct 22 2016 01:43:00     Capital One,    PO Box 54529,
                 Oklahoma City, OK 73154-1529
13131770        EDI: CAPITALONE.COM Oct 22 2016 01:43:00     Capital One Bank (USA),    PO Box 71083,
                 Charlotte, NC 28272-1083
13131771        EDI: CAPITALONE.COM Oct 22 2016 01:43:00     Capital One Service, LLC,    PO Box 30285,
                 Salt Lake City, Ut 84130-0285
13131772       +EDI: CHASE.COM Oct 22 2016 01:43:00     Cardmember Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
13167278        EDI: CHASE.COM Oct 22 2016 01:43:00     Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
```

```
District/off: 0315-2          User: amaz                   Page 2 of 3              Date Rcvd: Oct 21, 2016
                              Form ID: 3180W               Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13131779        E-mail/Text: bankruptcy@clearviewfcu.org Oct 22 2016 01:59:30     Clearview FCU,
                 8805 University Blvd.,   Moon Township, PA 15108-2580
13131781        E-mail/Text: dplbk@discover.com Oct 22 2016 01:59:47    Discover Personal Loans,   PO Box 6105,
                 Carol Stream, IL 60197-6105
13131782       +E-mail/Text: dplbk@discover.com Oct 22 2016 01:59:46    Discover Personal Loans,
                 PO Box 30954,   Salt Lake City, UT 84130-0954
13131784        EDI: RMSC.COM Oct 22 2016 01:43:00     GE Money Bank,   PO Box 981064,   El Paso, TX 79998-1064
13131783       +EDI: RMSC.COM Oct 22 2016 01:43:00     GE Money Bank,   Attn: Bankruptcy Dept.,   PO Box 103104,
                 Roswell, GA 30076-9104
13131785       +EDI: RMSC.COM Oct 22 2016 01:43:00     GEMB/ Levin Furniture,   PO Box 981439,
                 El Paso, TX 79998-1439
13131786       +EDI: RMSC.COM Oct 22 2016 01:43:00     GEMB/JCP,   PO Box 981402,   El Paso, TX 79998-1402
13131787       +EDI: RMSC.COM Oct 22 2016 01:43:00     GEMB/Sam's Club Duel Card,   PO Box 981416,
                 El Paso, TX 79998-1416
13131790       +EDI: HFC.COM Oct 22 2016 01:43:00     HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
13131789       +EDI: HFC.COM Oct 22 2016 01:43:00     HSBC Best Buy,   PO Box 5253,
                 Carol Stream, IL 60197-5253
13131792       +EDI: RMSC.COM Oct 22 2016 01:43:00     J.C. Penny,   PO Box 981131,   El Paso, TX 79998-1131
13131793        E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 22 2016 01:59:38     Key Bank,   PO Box 94518,
                 Cleveland, OH 44101-4518
13131794       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 22 2016 01:59:38     Key Bank,   PO box 94722,
                 Cleveland, OH 44101-4722
13131796       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 22 2016 01:59:38     Key Bank NA,
                 4910 Tiedeman RD,   Client SVCS OH-01-05-0562,   Brooklyn, OH 44144-2338
13177088       +E-mail/Text: BKRMailOps@weltman.com Oct 22 2016 01:59:34     KeyBank,N.A.,
                 C/O Weltman, Weinberg & Reis Co.,    323 W. Lakeside Ave 2nd Flr,   Cleveland Ohio 44113-1085
13131797       +EDI: CBSKOHLS.COM Oct 22 2016 01:43:00     Kohl's,   PO Box 3043,   Milwaukee, WI 53201-3043
13131798        EDI: CBSKOHLS.COM Oct 22 2016 01:43:00     Kohl's,   PO Box 3084,   Milwaukee, WI 53201-3084
13131800       +EDI: CBSKOHLS.COM Oct 22 2016 01:43:00     Kohls/Chase,   PO Box 3115,
                 Milwaukee, WI 53201-3115
13192755        EDI: PRA.COM Oct 22 2016 01:43:00     Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13299769       +EDI: RESURGENT.COM Oct 22 2016 01:43:00      PYOD LLC,   c/o Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
13141902        EDI: RECOVERYCORP.COM Oct 22 2016 01:43:00      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13131758        EDI: AGFINANCE.COM Oct 22 2016 01:43:00     American General Finance,   600 N Royal,
                 Evansville, IN  47715
13131805        EDI: RMSC.COM Oct 22 2016 01:43:00     Sam's Club Discover/GEMB,   PO Box 960013,
                 Orlando, FL 32896-0013
13131806       +EDI: SEARS.COM Oct 22 2016 01:43:00     Sears/CBSD,   701 E 60th St North,   PO Box 6241,
                 Sioux Falls, SD 57117-6241
13131811       +EDI: WFNNB.COM Oct 22 2016 01:43:00     WFNNB/SAM Levin INC,   PO Box 182789,
                 Colimbus OH 43218-2789
13131809       +EDI: WFFC.COM Oct 22 2016 01:43:00     Wells Fargo Education Sv.,   Sales and Service Support,
                 PO Box 5185,   Sioux Falls, SD 57117-5185
13131810       +EDI: WFFC.COM Oct 22 2016 01:43:00     Wells Fargo Loan,   301 E 58th St. North,
                 Sioux Falls, SD 57104-0422
                                                                                              TOTAL: 44

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Aldridge Connors, LLP
cr             Duquesne Light Company
cr             KeyBank, N.A.
cr*            CR Evergreen II, LLC,   MS 550,   PO Box 91121,   Seattle, WA  98111-9221
cr*           +PYOD LLC,   c/o Resurgent Capital Services,   PO Box 19008,   GREENVILLE, SC 29602-9008
13131754*     +AES/NCT,   PO Box 2461,   Harrisburg, PA 17105-2461
13131757*     +American Education Sves/Nct,    1200 N 7th St.,   Harrisburgh, PA 17102-1419
13131761*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998-2235)
13131774*      Citizens Auto Finance,   480 Jefferson Blvd.,   Warwick, RI 02886-1359
13151678*     +Citizens Auto Finance,   480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
13131777*      Citizens Automobile Finance, Inc.,   PO Box 42113,   Providence, RI 02940-2113
13872403*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                Lewisville, TX 75067)
13192756*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
13131788    ##+Gordon & Weinberg, P.C.,   1001 E. Hector Street,   Suite 220,   Conshohocken, PA 19428-2395
13131795    ##Key Bank,   PO Box 16430,   Boise, ID 83715-6430
                                                                                   TOTALS: 3, * 10, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2                  User: amaz                   Page 3 of 3                   Date Rcvd: Oct 21, 2016
                                      Form ID: 3180W               Total Noticed: 72
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PennyMac Loan Services, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Aldridge Connors, LLP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Keri P. Ebeck     on behalf of Creditor    KeyBank, N.A. kebeck@weltman.com,  jbluemle@weltman.com
              Laura M. McCurdy    on behalf of Creditor    Moon Area School District lmccurdy@wbklegal.com
              Max C. Feldman    on behalf of Joint Debtor Carla Marie Martire mcfeldman@verizon.net
              Max C. Feldman    on behalf of Debtor Gabriel Harold Martire mcfeldman@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9