**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/21/16 1:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
GABRIEL HAROLD MARTIRE
CARLA MARIE MARTIRE
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:11-24610 TPA

Chapter 13

Document No.:    60

ORDER OF COURT

AND NOW, this ___21st___ day of ___October___, 20_16_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

ljm

```
                               United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                                  Case No. 11-24610-TPA
Gabriel Harold Martire                                                                  Chapter 13
Carla Marie Martire
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-2          User: amaz                    Page 1 of 3                 Date Rcvd: Oct 21, 2016
                              Form ID: pdf900               Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
db/jdb         +Gabriel Harold Martire,    Carla Marie Martire,    109 Elmhurst Dr.,
                 Moon Township, PA 15108-9022
cr             +Moon Area School District,    c/o The Law Offices of Ira Weiss,    445 Fort Pitt Boulevard,
                 Suite 503,    Pittsburgh, PA 15219-1308
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,      PO Box 630267,    Irving, TX  75063)
cr             +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    780 Johnson Ferry Rd. NE,
                 Suite 600,    Atlanta, GA 30342-1439
13131753       +AES/NCT,   PO Box 2461,    Harrisburg, PA 17105-2461
13228347       +AMERICAN GENERAL MORTGAGE LOAN TRUST 2009-1,    C/O PennyMac Loan Services, LLC,
                 6101 Condor Drive, Ste. 200,    Moorpark, CA 93021-2602
13131755       +American Education Servs/Nct.,    1200 N. 7th St.,    Harrisburg, PA 17102-1419
13131756       +American Education Sves/Nct,    1200 N. 7th St.,    Harrisburgh, PA 17102-1419
13131759       +Apex Financial Management, LLC,    1120 W Lake Cook Road, Suite A,
                 Buffalo Grove, IL 60089-1970
13131760      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
13131762        Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019
13131764        Best Buy,   PO Box 15153,    Wlimington, DE 19886-5153
13131799       +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13131768       +Capital One,   PO Box 85167,    Richmond, VA 23285-5167
13131769        Capital One,   PO Box 105474,    Atlanta GA 30348-5474
13131765       +Capital One,   PO Box 30273,    Salt Lake City, UT 84130-0273
13131767        Capital One,   PO Box 30281,    Salt Lake City, UT  84130-0281
13131770        Capital One Bank (USA),    PO Box 71083,   Charlotte, NC 28272-1083
13131771        Capital One Service, LLC,    PO Box 30285,    Salt Lake City, Ut 84130-0285
13131772       +Cardmember Services,    PO Box 15298,   Wilmington, DE 19850-5298
13167278        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13137398       +Citizens Auto Finance,    480 Jefferson Blvd,    RJE 135,   Warwick RI 02886-1359
13131773        Citizens Auto Finance,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
13131775       +Citizens Automobile Finance,    PO Box 42002,    Providence, RI 02940-2002
13131776        Citizens Automobile Finance, Inc,    PO Box 42113,    Providence, RI 02940-2113
13131778        Clearview,   PO Box 96099,    Charlotte, NC 28296-0099
13131780        Clearview Federal C U,    1453 Beers School Rd,    Coraopolis, PA 15108-2509
13131752       +Courtney Martire,    1844 Younger Avenue,   Pittsburgh, PA 15216-2941
13230160        Duquesne Light Company,    c/o Peter Ashcroft, Esq.,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA  15219
13238177        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13232703       +First Marblehead Corporation Authorized agent for:,     National Collegiate Trust,
                 One Cabot Road,    Medford, MA 02155-5117
13232702       +First Marblehead Corporation Authorized agent for:,     National Collegiate Trust,
                 c/o Total Debt Management,    PO Box 2402,    Columbus, GA 31902-2402
13131790       #+HSBC,   PO Box 5253,    Carol Stream, IL 60197-5253
13131789       +HSBC Best Buy,    PO Box 5253,   Carol Stream, IL 60197-5253
13131791        J.C. Penny,   PO Box 53945,    Atlanta, GA 30353-0945
13131801       +Patenaude & Felix, A.P.C.,    213 East Main Street,    Carnegie, PA 15106-2701
13131802        Penny Mac,   PO Box 514387,    Los Angeles, CA 90051-4387
13131803       +Penny Mac Loan Service,    PO Box 535301,   Atlanta, GA 30353-5301
13131804       +Private National Mortgage,    27001 Agoura Rd.,    Suite 350,    Calabasas, CA 91301-5112
13131806       +Sears/CBSD,   701 E 60th St North,    PO Box 6241,    Sioux Falls, SD 57117-6241
13131807       +Transamerica Bank,    PO Box 130,   Crystal Lake, IL 60039-0130
13131808       +Visa - Clearview,    Customer Service,    PO Box 31112,   Tampa, FL 33631-3112
13131811       +WFNNB/SAM Levin INC,    PO Box 182789,    Columbus OH 43218-2789
13131809       +Wells Fargo Education Sv.,    Sales and Service Support,    PO Box 5185,
                 Sioux Falls, SD 57117-5185
13131810       +Wells Fargo Loan,    301 E 58th St. North,    Sioux Falls, SD 57104-0422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13131763        E-mail/Text: bnc@bass-associates.com Oct 22 2016 01:59:07      Bass and Associates,
                 3936 E Fort Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
13163603       +E-mail/Text: bncmail@w-legal.com Oct 22 2016 01:59:36      CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13196257        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2016 01:49:01
                 CR Evergreen II, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13131766       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2016 02:12:50      Capital One,    PO Box 54529,
                 Oklahoma City, OK 73154-1529
13131779        E-mail/Text: bankruptcy@clearviewfcu.org Oct 22 2016 01:59:30      Clearview FCU,
                 8805 University Blvd.,    Moon Township, PA 15108-2580
13131781        E-mail/Text: dplbk@discover.com Oct 22 2016 01:59:46      Discover Personal Loans,    PO Box 6105,
                 Carol Stream, IL 60197-6105
13131782       +E-mail/Text: dplbk@discover.com Oct 22 2016 01:59:46      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
```

```
District/off: 0315-2                  User: amaz                   Page 2 of 3                   Date Rcvd: Oct 21, 2016
                                      Form ID: pdf900              Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13131784       E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2016 01:50:46      GE Money Bank,    PO Box 981064,
               El Paso, TX 79998-1064
13131783      ++E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2016 01:50:03      GE Money Bank,
               Attn: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
13131785      ++E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2016 01:50:03      GEMB/ Levin Furniture,
               PO Box 981439,    El Paso, TX 79998-1439
13131786      ++E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2016 01:48:57      GEMB/JCP,    PO Box 981402,
               El Paso, TX 79998-1402
13131787      ++E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2016 01:50:46      GEMB/Sam’s Club Duel Card,
               PO Box 981416,    El Paso, TX 79998-1416
13131792      ++E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2016 01:50:46      J.C. Penny,    PO Box 981131,
               El Paso, TX 79998-1131
13131793       E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 22 2016 01:59:37      Key Bank,    PO Box 94518,
               Cleveland, OH 44101-4518
13131794      ++E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 22 2016 01:59:37      Key Bank,    PO box 94722,
               Cleveland, OH 44101-4722
13131796      ++E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 22 2016 01:59:37      Key Bank NA,
               4910 Tiedeman RD,    Client SVCS OH-01-05-0562,    Brooklyn, OH 44144-2338
13177088      ++E-mail/Text: BKRMailOps@weltman.com Oct 22 2016 01:59:34      KeyBank,N.A.,
               C/O Weltman, Weinberg & Reis Co.,    323 W. Lakeside Ave 2nd Flr,    Cleveland Ohio 44113-1085
13131797      ++E-mail/Text: bnckohlsnotices@becket-lee.com Oct 22 2016 01:59:11      Kohl’s,    PO Box 3043,
               Milwaukee, WI 53201-3043
13131798       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 22 2016 01:59:11      Kohl’s,    PO Box 3084,
               Milwaukee, WI 53201-3084
13131800      ++E-mail/Text: bnckohlsnotices@becket-lee.com Oct 22 2016 01:59:12      Kohls/Chase,    PO Box 3115,
               Milwaukee, WI 53201-3115
13192755       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2016 02:24:46
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13299769      ++E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2016 01:50:08      PYOD LLC,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13141902       E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2016 01:50:06      Portfolio Investments I LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13131758       E-mail/PDF: cbp@onemainfinancial.com Oct 22 2016 02:27:43      American General Finance,
               600 N Royal,    Evansville, IN  47715
13131805       E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2016 01:48:58      Sam’s Club Discover/GEMB,
               PO Box 960013,    Orlando, FL 32896-0013
                                                                                              TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Aldridge Connors, LLP
cr             Duquesne Light Company
cr             KeyBank, N.A.
cr*            CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA  98111-9221
cr*           +PYOD LLC,    c/o Resurgent Capital Services,    PO Box 19008,    GREENVILLE, SC 29602-9008
13131754*     +AES/NCT,    PO Box 2461,    Harrisburg, PA 17105-2461
13131757*     +American Education Sves/Nct,    1200 N 7th St.,    Harrisburgh, PA 17102-1419
13131761*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
13136609*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102)
13131774*      Citizens Auto Finance,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
13151678*     +Citizens Auto Finance,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
13131777*      Citizens Automobile Finance, Inc.,    PO Box 42113,    Providence, RI 02940-2113
13872403*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
               Lewisville, TX 75067)
13192756*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
13131788     ##+Gordon & Weinberg, P.C.,    1001 E. Hector Street,    Suite 220,    Conshohocken, PA 19428-2395
13131795      ##Key Bank,    PO Box 16430,    Boise, ID 83715-6430
                                                                                   TOTALS: 3, * 11, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: amaz              Page 3 of 3                  Date Rcvd: Oct 21, 2016
                              Form ID: pdf900         Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   PennyMac Loan Services, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor   Aldridge Connors, LLP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   KeyBank, N.A. kebeck@weltman.com,  jbluemle@weltman.com
              Laura M. McCurdy    on behalf of Creditor   Moon Area School District lmccurdy@wbklegal.com
              Max C. Feldman    on behalf of Joint Debtor Carla Marie Martire mcfeldman@verizon.net
              Max C. Feldman    on behalf of Debtor Gabriel Harold Martire mcfeldman@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```