Fill in this information to identify the case:

Debtor 1: Gabriel Harold Martire

Debtor 2: Carla Marie Martire
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case number: 11-24610

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** KeyBank N.A.

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 9 3

**Property address:** 109  Elmhurst Drive
Number    Street

Moon TWP    PA    15108
City        State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ 248.51

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ 248.51

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  10 / 08 / 2016
MM / DD / YYYY

Form 4100R     **Response to Notice of Final Cure Payment**     page **1**

Debtor 1  Gabriel   Harold   Martire
          First Name  Middle Name  Last Name

Case number (*if known*) 11-24610

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/Beth E. Myers
Signature

Date 10 / 24 / 2016

Print: Beth E. Myers
       First Name  Middle Name  Last Name

Title: Bankruptcy Specialist

Company: KeyBank N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 4910   Tiedeman Road
         Number  Street

Brooklyn                    OH   44144
City                        State ZIP Code

Contact phone (216) 813 – 2015

Email: BK_SPECIALISTS@KEYBANK.COM

Name: Gabriel Martire
Case Number:
Acct#:

**Post-Petition Payments**

| Payment Due Date | Amount Due | Received Date | Received Amount | Princpal | Interest | Escrow | Fee | Late Charge | Misc | Difference (Amt Rcvd vs Amt Due) | Shortage / Overage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/08/11 | $ 248.51 | 9/23/2011 | $ 493.03 | | | | | | | $ - | $ - |
| 09/08/11 | $ 248.51 | 10/26/2011 | $ 245.88 | | | | | | | $ - | $ - |
| 10/08/11 | $ 248.51 | 11/29/2011 | $ 245.86 | | | | | | | $ - | $ - |
| 11/08/11 | $ 248.51 | 12/27/2011 | $ 166.30 | | | | | | | $ - | $ - |
| 12/08/11 | $ 248.51 | 1/27/2012 | $ 245.79 | | | | | | | $ - | $ - |
| 01/08/12 | $ 248.51 | 2/24/2012 | $ 238.54 | | | | | | | $ - | $ - |
| 02/08/12 | $ 248.51 | 3/27/2012 | $ 332.48 | | | | | | | $ - | $ - |
| 03/08/12 | $ 248.51 | 4/24/2012 | $ 79.52 | | | | | | | $ - | $ - |
| 04/08/12 | $ 248.51 | 5/29/2012 | $ 334.51 | | | | | | | $ - | $ - |
| 05/08/12 | $ 248.51 | 6/27/2012 | $ 159.98 | | | | | | | $ - | $ - |
| 06/08/12 | $ 248.51 | 7/27/2012 | $ 334.46 | | | | | | | $ - | $ - |
| 07/08/12 | $ 248.51 | 8/30/2012 | $ 327.21 | | | | | | | $ - | $ - |
| 08/08/12 | $ 248.51 | 9/25/2012 | $ 80.00 | | | | | | | $ - | $ - |
| 09/08/12 | $ 248.51 | 10/29/2012 | $ 332.76 | | | | | | | $ - | $ - |
| 10/08/12 | $ 248.51 | 11/27/2012 | $ 159.15 | | | | | | | $ - | $ - |
| 11/08/12 | $ 248.51 | 12/21/2012 | $ 245.93 | | | | | | | $ - | $ - |
| 12/08/12 | $ 248.51 | 1/29/2013 | $ 412.26 | | | | | | | $ - | $ - |
| 01/08/13 | $ 248.51 | 2/25/2013 | $ 79.58 | | | | | | | $ - | $ - |
| 02/08/13 | $ 248.51 | 3/26/2013 | $ 467.39 | | | | | | | $ - | $ - |
| 03/08/13 | $ 248.51 | 4/24/2013 | $ 169.05 | | | | | | | $ - | $ - |
| 04/08/13 | $ 248.51 | 5/23/2013 | $ 195.96 | | | | | | | $ - | $ - |
| 05/08/13 | $ 248.51 | 6/25/2013 | $ 213.39 | | | | | | | $ - | $ - |
| 06/08/13 | $ 248.51 | 7/25/2013 | $ 376.68 | | | | | | | $ - | $ - |
| 07/08/13 | $ 248.51 | 8/27/2013 | $ 234.31 | | | | | | | $ - | $ - |
| 08/08/13 | $ 248.51 | 9/26/2013 | $ 77.51 | | | | | | | $ - | $ - |
| 09/08/13 | $ 248.51 | 10/25/2013 | $ 325.02 | | | | | | | $ - | $ - |
| 10/08/13 | $ 248.51 | 11/22/2013 | $ 156.50 | | | | | | | $ - | $ - |
| 11/08/13 | $ 248.51 | 12/23/2013 | $ 245.02 | | | | | | | $ - | $ - |
| 12/08/13 | $ 248.51 | 1/28/2014 | $ 429.94 | | | | | | | $ - | $ - |
| 01/08/14 | $ 248.51 | 2/25/2014 | $ 86.56 | | | | | | | $ - | $ - |
| 02/08/14 | $ 248.51 | 3/25/2014 | $ 184.35 | | | | | | | $ - | $ - |
| 03/08/14 | $ 248.51 | 4/25/2014 | $ 461.97 | | | | | | | $ - | $ - |
| 04/08/14 | $ 248.51 | 5/28/2014 | $ 180.24 | | | | | | | $ - | $ - |
| 05/08/14 | $ 248.51 | 6/25/2014 | $ 378.91 | | | | | | | $ - | $ - |
| 06/08/14 | $ 248.51 | 7/24/2014 | $ 372.25 | | | | | | | $ - | $ - |
| 07/08/14 | $ 248.51 | 8/26/2014 | $ 91.27 | | | | | | | $ - | $ - |
| 08/08/14 | $ 248.51 | 9/29/2014 | $ 385.04 | | | | | | | $ - | $ - |
| 09/08/14 | $ 248.51 | 10/29/2014 | $ 286.47 | | | | | | | $ - | $ - |
| 10/08/14 | $ 248.51 | 11/24/2014 | $ 190.89 | | | | | | | $ - | $ - |
| 11/08/14 | $ 248.51 | 12/22/2014 | $ 299.19 | | | | | | | $ - | $ - |
| 12/08/14 | $ 248.51 | 1/27/2015 | $ 301.78 | | | | | | | $ - | $ - |
| 01/08/15 | $ 248.51 | 2/24/2015 | $ 302.65 | | | | | | | $ - | $ - |
| 02/08/15 | $ 248.51 | 3/26/2015 | $ 257.37 | | | | | | | $ - | $ - |
| 03/08/15 | $ 248.51 | 4/24/2015 | $ 248.51 | | | | | | | $ - | $ - |
| 04/08/15 | $ 248.51 | 5/26/2015 | $ 248.51 | | | | | | | $ - | $ - |
| 05/08/15 | $ 248.51 | 6/23/2015 | $ 248.51 | | | | | | | $ - | $ - |
| 06/08/15 | $ 248.51 | 7/28/2015 | $ 248.51 | | | | | | | $ - | $ - |
| 07/08/15 | $ 248.51 | 8/26/2015 | $ 248.51 | | | | | | | $ - | $ - |
| 08/08/15 | $ 248.51 | 9/28/2015 | $ 248.51 | | | | | | | $ - | $ - |
| 09/08/15 | $ 248.51 | 10/26/2015 | $ 248.51 | | | | | | | $ - | $ - |
| 10/08/15 | $ 248.51 | 11/24/2015 | $ 248.51 | | | | | | | $ - | $ - |
| 11/08/15 | $ 248.51 | 12/22/2015 | $ 248.51 | | | | | | | $ - | $ - |
| 12/08/15 | $ 248.51 | 1/26/2016 | $ 248.51 | | | | | | | $ - | $ - |
| 01/08/16 | $ 248.51 | 2/24/2016 | $ 248.51 | | | | | | | $ - | $ - |
| 02/08/16 | $ 248.51 | 3/28/2016 | $ 248.51 | | | | | | | $ - | $ - |
| 03/08/16 | $ 248.51 | 4/22/2016 | $ 248.51 | | | | | | | $ - | $ - |
| 04/08/16 | $ 248.51 | 5/24/2016 | $ 248.51 | | | | | | | $ - | $ - |
| 05/08/16 | $ 248.51 | 6/27/2016 | $ 248.51 | | | | | | | $ - | $ - |
| 06/08/16 | $ 248.51 | 7/26/2016 | $ 248.51 | | | | | | | $ - | $ - |
| 07/08/16 | $ 248.51 | | | | | | | | | $ - | $ - |
| 08/08/16 | $ 248.51 | | | | | | | | | $ - | $ - |
| 09/08/16 | $ 248.51 | | | | | | | | | $ - | $ - |
| 10/08/16 | $ 248.51 | | | | | | | | | $ - | $ - |
| | $ 15,656.13 | | $ 15,159.11 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| Debtor 1 | GABRIEL HAROLD MARTIRE | Case number (if known) | 11-24610TPA |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | | Posting Type | Amount |
|---|---|---|---|---|---|
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3)** | | | | | |
| 09/23/2011 | 0761887 | KEYBANK NA* | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 493.03 |
| 10/26/2011 | 0766069 | KEYBANK NA* | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 245.88 |
| 11/29/2011 | 0770283 | KEYBANK NA* | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 245.86 |
| 12/27/2011 | 0774759 | KEYBANK NA* | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 166.30 |
| 01/27/2012 | 0779029 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 245.79 |
| 02/24/2012 | 0783155 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 238.54 |
| 03/27/2012 | 0787326 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 332.48 |
| 04/24/2012 | 0791559 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 79.52 |
| 05/29/2012 | 0795930 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 334.51 |
| 06/27/2012 | 0800335 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 159.98 |
| 07/27/2012 | 0804595 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 334.46 |
| 08/30/2012 | 0808933 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 327.21 |
| 09/25/2012 | 0812999 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 80.00 |
| 10/29/2012 | 0817052 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 332.76 |
| 11/27/2012 | 0821131 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 159.15 |
| 12/21/2012 | 0825217 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 245.93 |
| 01/29/2013 | 0829451 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 412.26 |
| 02/25/2013 | 0833628 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 79.58 |
| 03/26/2013 | 0837747 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 467.39 |
| 04/24/2013 | 0841851 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 169.05 |
| 05/23/2013 | 0845990 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 195.96 |
| 06/25/2013 | 0850142 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 213.39 |
| 07/25/2013 | 0854342 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 376.68 |
| 08/27/2013 | 0858508 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 234.31 |
| 09/26/2013 | 0862636 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 77.51 |
| 10/25/2013 | 0866745 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 325.02 |
| 11/22/2013 | 0870814 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 156.50 |
| 12/23/2013 | 0874847 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 245.02 |
| 01/28/2014 | 0878936 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 429.94 |
| 02/25/2014 | 0883003 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 86.56 |
| 03/25/2014 | 0887059 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 184.35 |
| 04/25/2014 | 0891174 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 461.97 |
| 05/28/2014 | 0895286 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 180.24 |
| 06/25/2014 | 0899320 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 378.91 |
| 07/24/2014 | 0903443 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 372.25 |
| 08/26/2014 | 0907501 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 91.27 |
| 09/29/2014 | 0911618 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 385.04 |
| 10/29/2014 | 0915655 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 286.47 |
| 11/24/2014 | 0919767 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 190.89 |
| 12/22/2014 | 0924368 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 299.19 |
| 01/27/2015 | 0928412 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 301.78 |
| 02/24/2015 | 0932491 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 302.65 |
| 03/26/2015 | 0936556 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 257.37 |
| 04/24/2015 | 0940661 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 05/26/2015 | 0944836 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 06/23/2015 | 0948795 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 07/28/2015 | 0952860 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 08/26/2015 | 0956900 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 09/28/2015 | 0960811 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 10/26/2015 | 0964769 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 11/24/2015 | 0968920 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 12/22/2015 | 0972931 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 01/26/2016 | 0976983 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 02/24/2016 | 0980914 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 03/28/2016 | 0984959 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 04/22/2016 | 0989163 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 05/24/2016 | 0993119 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 06/27/2016 | 1001883 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| 07/26/2016 | 1005858 | KEYBANK NA(*) | [REAL ESTATE] | AMOUNTS DISBURSED TO CREDITOR | 248.51 |
| | | | | | 15,159.11 |

UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

In Re: Gabriel H. Martire                                        Case No. 11-24610
       Carla M. Martire

                                                                 Chapter 13
                              Debtor(s).

## CERTIFICATE OF SERVICE

      I hereby certify that on November 9, 2016, I electronically filed the Response to Notice of Final Cure with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

| Ronda J. Winnecour | Max C. Feldman |
|---|---|
| cmecf@chapter13trusteewdpa.com | mcfeldman@verizon.net |

      And, I hereby certify that I have mailed via the United States Postal Service the Response to Notice of Final Cure to the following non CM/ECF participants:

Gabriel H. Martire
Carla M. Martire
109 Elmhurst Drive
Moon Township, PA 15108

      /s/Beth E. Myers_____
      Bankruptcy Specialist
      KeyBank N.A.